UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:17-MJ-1039-BO

UNITED STATES OF AMERICA

        Vs.                                                                             ORDER

AMBERLYNN KONTOVICH,
             Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to the defendant at the address on file with the Clerk's office.

SO ORDERED. June 29, 2017.

                                                                                   United States District Court Judge
                                                                                   TERRENCE W. BOYLE